(111 So. 923)

Gordon BALL v. STATE. (8 Div. 488.)
(Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

RICE, J. Affirmed.

---

(114 So. 919)

John BALL v. STATE. (4 Div. 352.) Court
of Appeals of Alabama. Nov. 15, 1927.

S. Williams, Judge.

RICE, J. Affirmed.

---

(118 So. 922)

Jim BARBER v. CITY OF TUSCALOOSA.
(6 Div. 424.) Court of Appeals of Alabama.
Nov. 30, 1928.

Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want
of prosecution.

---

(113 So. 916)

Lucy BARNEASE v. STATE. (1 Div. 721.)
Court of Appeals of Alabama. Aug. 4, 1927.

Claude A. Grayson, Judge.

PER CURIAM. Appeal dismissed by agree-
ment.

---

(114 So. 919)

Virgil BARNES v. CITY OF TUSCALOOSA.
(6 Div. 145.) Court of Appeals of Alabama.
Dec. 13, 1927.

Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

---

(117 So. 923)

Bob BARNES v. STATE. (6 Div. 455.)
Court of Appeals of Alabama. June 12, 1928.

R. L. Blanton, Judge.

BRICKEN, P. J. Appeal dismissed on mo-
tion of appellant.

---

(117 So. 923)

Roland BEARDEN v. STATE. (7 Div. 431.)
Court of Appeals of Alabama. June 30, 1928.
Rehearing Denied Aug. 7, 1928.

O. A. Steele,
Judge. E. O. McCord & Son, of Gadsden, for
appellant. Charlie C. McCall, Atty. Gen., for
the State.

BRICKEN, P. J. This appeal is from a
judgment of conviction for violating the state
prohibition laws. No error appears upon the
record. Judgment of conviction in the lower
court is therefore affirmed. Affirmed.

---

(117 So. 923)

Roland BEARDEN v. STATE. (7 Div. 432.)
Court of Appeals of Alabama. June 26, 1928.

O. A. Steele, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(117 So. 924)

Jack BEAVERS and Dave Beavers v.
STATE. (6 Div. 330.) Court of Appeals of
Alabama. May 8, 1928. Rehearing Denied
June 26, 1928.

Ernest Lacy, Judge.

RICE, J. Appellants, under a joint indict-
ment, were each convicted of the offense of un-
lawfully distilling prohibited liquors, and sep-
arately sentenced to serve a term in the pen-
itentiary. We have carefully read the entire
record. The indictment, trial, conviction, and
sentence appear to be in all things regular. No
briefs have been furnished us, either on behalf
of appellants or the state. But in accordance
with our duty we have searched for error, and
find none. The trial court's oral charge, in
connection with the numerous charges given at
appellants' request, covered fully and correct-
ly every phase of the law applicable. No excep-
tions were reserved on the taking of testimony
that merit any mention by us. The judgment
is affirmed. Affirmed.

---

(115 So. 921)

J. D. BEEDER v. STATE. (3 Div. 574.)
Court of Appeals of Alabama. Jan. 10, 1928.

Walter B. Jones, Judge.

BRICKEN, P. J. The prosecution against
this appellant originated in the court of common
pleas of Montgomery county. The charge
against him, by affidavit, was violating the state
prohibition laws. From the judgment of convic-
tion in said court, he appealed to the circuit
court, and was there tried by a jury upon a com-
plaint filed by the solicitor, charging the orig-
inal offense complained of. In the circuit court
he was again convicted; the jury assessed a
fine of $100. The fine and costs being not pres-
ently paid or otherwise secured, the court duly
sentenced the defendant to serve a sufficient and
stated period of time to pay same at hard labor
for the county. In addition thereto the court
added six months' hard labor. From the judg-
ment of conviction pronounced and entered the
defendant appealed, and the appeal here is rested
upon the record proper, there being no bill of ex-
ceptions. The clerk of the circuit court cer-
tifies that no bill of exceptions has been pre-
sented in this case. We have examined the
record, and find it regular in all things. No
error appearing thereon, the judgment of the
lower court, from which this appeal was taken,
will stand affirmed. Affirmed.

---

(112 So. 919)

Dave BELL v. STATE. (8 Div. 555.)
Court of Appeals of Alabama. April 5, 1927.

J. E. Horton, Judge. Burglary.

BRICKEN, P. J. Affirmed.

---

(111 So. 923)

Menco BELL v. STATE. (7 Div. 280.)
(Court of Appeals of Alabama. Feb. 1, 1927.)

R. B. Carr, Judge.

SAMFORD, J. Affirmed.